**John P. HELVEY, Appellant,**

v.

**MISSOURI DEPARTMENT
OF CORRECTIONS,
Respondent.**

**No. WD 65291.**

Missouri Court of Appeals,
Western District.

Jan. 10, 2006.

John P. Helvey, Tipton, MO, Appellant Acting Pro Se.

Diane Peters, Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. John P. Helvey files this *pro se* appeal from a circuit court judgment sustaining the State's motion to dismiss his claims of constitutional violations for lack of subject matter jurisdiction. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).